IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:12-CR-047-M |
| | ) | |
| GARY D. OSBORN | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

GARY D. OSBORN, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th

Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty

to Count(s) 1 and 2 of the misdemeanor Information.  After cautioning and examining  GARY D.

OSBORN under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offense(s) charged are supported by an

independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that GARY D.

OSBORN be adjudged guilty and have sentence imposed accordingly.

Date:   April 24, 2012

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).